DAVID W. RIZK – CABN # 284376
RIZK & SHEARER LLP
466 Geary Street, Suite 201
San Francisco, CA 94102
Telephone: (415) 517-9044
Email: drizk@rs-llp.com

Counsel for Defendant MASON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MONICA MASON,<br><br>Defendant. | Case No. 18-CR-48 CRB<br><br>**STIPULATION AND [PROPOSED]<br>ORDER** |

This supervised release violation matter is set for a hearing on February 18, 2026. Defense counsel has a conflict on that date, and the parties are discussing a negotiated disposition in this matter, and therefore jointly request a continuance of approximately 30 days. Ms. Mason is doing well and in compliance with her conditions of supervised release. Accordingly, the parties request that the status hearing be continued to May 13, 2026, or such other date as the Court sets.

//

//

//

*U.S. v. Mason,* Case No. 18-CR-48 CRB
Stipulation and [Proposed] Order                    1

IT IS SO STIPULATED.


February 16, 2025          RIZK & SHEARER LLP
Date

                           _____/S_____
                           DAVID W. RIZK
                           Counsel for Ms. Mason


February 16, 2025          CRAIG MISSAKIAN
Date                       United States Attorney
                           Northern District of California

                           _____/S_____
                           PATRICK O'BRIEN
                           Assistant United States Attorney


IT IS SO ORDERED.


February 18, 2026
Dated                      HON. CHARLES R. BREYER
                           Senior United States District Judge


*U.S. v. Mason,* Case No. 18-CR-48 CRB
Stipulation and [Proposed] Order          2