DAVID W. RIZK – CABN # 284376
RIZK & SHEARER LLP
466 Geary Street, Suite 201
San Francisco, CA 94102
Telephone: (415) 517-9044
Email: drizk@rs-llp.com

Counsel for Defendant MASON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18-CR-48 CRB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER** |
| v. | |
| MONICA MASON, | |
| Defendant. | |

This supervised release violation matter is set for a status hearing on May 14, 2026. The defendant Ms. Mason has been granted diversion for state criminal charges based on the same alleged conduct that is set forth in the pending Form 12. With the support of U.S. Probation, the parties propose to continue the status hearing until after Ms. Mason has completed her state diversion, which is expected in several months. Accordingly, the parties request that the status hearing be continued to September 9, 2026, at 10:00 a.m.

//

//

//

//

//

*U.S. v. Mason,* Case No. 18-CR-48 CRB
Stipulation and [Proposed] Order                    1

IT IS SO STIPULATED.

May 13, 2026                    RIZK & SHEARER LLP
Date

                                                /S
                                      _____
                                      DAVID W. RIZK
                                      Counsel for Ms. Mason

May 13, 2026                    CRAIG MISSAKIAN
Date                            United States Attorney
                                Northern District of California

                                                /S
                                      _____
                                      PATRICK O'BRIEN
                                      Assistant United States Attorney

IT IS SO ORDERED.

May 15, 2026
_____                _____
Dated                                  HON. CHARLES R. BREYER
                                       Senior United States District Judge

*U.S. v. Mason,* Case No. 18-CR-48 CRB
Stipulation and [Proposed] Order            2